IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAMIREZ ROOFING AND REPAIR, ) <br> L.L.C., ) <br> ) <br> Defendants. ) | Case No. 4:22-cv-00581-DGK |

## ORDER APPROVING STIPULATION FOR JUDGMENT BY CONSENT

The Court has considered (1) the Agreement for Entry of Judgment by Consent and to Satisfy Judgment By Payments, ECF No. 2, and (2) the Stipulation for Judgment by Consent, ECF No. 2-1 (collectively, the "Consent Judgment and Agreement"). The Consent Judgment and Agreement are incorporated in—and attached to—this Order. The matter is disposed of as stated in the Consent Judgment and Agreement.

**IT IS SO ORDERED.**

Dated: September 16, 2022                     /s/ Greg Kays
                                                                              GREG KAYS, JUDGE
                                                                              UNITED STATES DISTRICT COURT